**Order entered January 08, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00278-CV

**CITY OF DALLAS, Appellant**

**V.**

**MILLWEE-JACKSON JOINT VENTURE AND**
**STEPHEN M. MILLWEE, Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 04-07287-E**

## ORDER

Before the Court is appellant's October 31, 2013 unopposed motion to withdraw and substitute counsel. We **GRANT** the motion. Eric W. McNeil of the Dwyer Law Firm is permitted to withdraw as counsel for appellant. Barbara E. Rosenberg and Christopher J. Caso of the Dallas City Attorney's Office are substituted as counsel for appellant. Barbara E. Rosenberg is lead counsel for appellant. *See* TEX. R. APP. P. 6.

/s/    JIM MOSELEY
       PRESIDING JUSTICE